**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEOFFREY WATHEN,       )     Case No.: CV 12-11046 DSF (JCx)

           Plaintiff,      )

         vs.            )     JUDGMENT

LOCKHEED MARTIN        )
INFORMATION SYSTEMS &   )
GLOBAL SOLUTIONS,      )

         Defendant.     )
_____ )

      The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

      5/22/13

Dated: _____      _____
                                      Dale S. Fischer
                             United States District Judge